# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAKI BACHA (a.k.a. MOHAMMED JAWAD) | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 05-2385 (ESH) |
| | ) (Jawad, ISN 900) |
| BARACK H. OBAMA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is respondents' motion for an extension of time to comply with the Court's April 27, 2009 Order (Dkt. No. 256) and petitioner Saki Bacha's (a.k.a. Mohammed Jawad) (ISN 900) opposition thereto (Dkt. No. (258). For the reasons stated during the hearing held today, it is hereby

**ORDERED** that the motion for an extension of time is **DENIED AS MOOT**. It is

**FURTHER ORDERED** that the Court's April 27, 2009 Order (Dkt. No. 238) is amended as follows:

1. On or before June 4, 2009, the government shall file an updated exculpatory evidence certification, as required in paragraph 4 of the April 27 Order. The May 29, 2009 deadline is vacated.

2. The government's obligation to review and produce evidence discovered during the Task Force's review process is suspended pending Judge Hogan's ruling on respondents' motion for reconsideration. However, in the event that Judge Hogan denies the government's motion or does not

issue a ruling by June 12, 2009, this Court orders the government to review the Task Force material, as defined in paragraphs 2 and 4 of the April 27 Order, and produce any responsive evidence on or before June 12, 2009.[1]

3.    On or before June 15, 2009, the government shall produce an unclassified version of the statement of material facts, as defined in paragraph 3 of the April 27 Order.  The June 9, 2009 deadline is vacated.

4.    On or before June 15, 2009, petitioner shall file a proposed plan, as defined in paragraph 5 of the April 27 Order.  If petitioner intends to proceed by filing a traverse, petitioner shall file the traverse by June 15, 2009.  It is

**FURTHER ORDERED** that the next status conference is set for June 19, 2009, at 9:30 a.m.  The June 15, 2009 conference is vacated.

**SO ORDERED.**

_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge

Date:   June 2, 2009

---

[1] As an alternative, if a packet of materials has been assembled with respect to the Task Force's recommendation as to this petitioner, the government may limit its review to that packet of materials and produce any responsive evidence on or before June 12, 2009.